MARCH 28, 2026

To/ CLERK OF THE U.S. DISTRICT COURT -DIST. OF N.M.
333 LOMAS BLVD. N.W. SUITE -270
ALBQ-N.M. 87102

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAR 31 2026
MITCHELL R. ELFERS
CLERK

From/ FRANK DOMBOS #63001
C.N.M.C.F. - P.O. BOX 1328
LOS LUNAS, N.M. 87031

RE: NO. 26-CV-516 JCH-JHR
F. DOMBOS-V-WARDEN S.N.M.C.F. ET AL.

DEAR CLERK OF THE U.S. DISTRICT COURT:
        PLEASE FIND MY PLEADING -I.E.
"VACATE REFERRAL MAGISTRATE JUDGE
JERRY H. RITTER" ENCLOSED.
        PLEASE LET DISTRICT COURT JUDGE
JUDITH C. HERRERA BE ALERTED TO THIS
PLEADING AT YOUR CONVENIENCE. AND I BE
SENT BACK AN ENDORSED COPY SO I CAN
RETAIN IT FOR MY RECORDS IN THIS ACTION.

        THANK YOU, REGUARDS: FRANK DOMBOS
        #63001 Frank Dombos

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

FRANK DOMBOS, PLAINTIFF          NO. 26-CV-516 JCH-JHR

- V -

WARDEN-S.N.M.C.F. IN BOTH OFFICIAL AND INDIVIDUAL
CAPACITIES, ET. AL. - DEFENDANTS

VACATE REFERRAL MAGISTRATE JUDGE
JERRY H. RITTER

COMES NOW PRO-SE PLAINTIFF MR. FRANK DOMBOS
AND PURSUANT TO F.R.C.P. 73(A)(b) MAGISTRATE
JUDGES, I DO NOT CONSENT TO REFERRAL OF JUDGE
JERRY H. RITTER AS MAGISTRATE JUDGE IN THIS CASE.
    IN SUPPORT PLAINTIFF STATES, IN MY CRIMINAL
CASE, IN ALAMOGORDO, OTERO COUNTY N.M. STATE
DISTRICT COURT JUDGE JERRY H. RITTER WAS INVOLVED
IN IT, AND AS SUCH REQUESTS THIS ASSIGNEDMENT BE:
"VACATE REFERRAL" AND ANOTHER MAGISTRATE JUDGE
BE ASSIGNED AS 28 U.S.C. § 636(c)(5) RECUSE, I BELIEVE
ALLOWS, AND OR ANY OTHER STANDARD THAT WOULD
VACATE THIS REFERRAL AS APPROPRIATE BY THE COURT.
                    RESPECTFULLY SUBMITTED
                    THIS 28th DAY OF MARCH 2026.
                    FRANK DOMBOS - Frank Dombos

C.N.M.C.F. - #63001
P.O. Box 1328 Los Lunas, N.M. 87031

CERTIFICATE OF SERVICE

I CERTIFY THE FOREGOING WITH EXACT COPY WAS PLACED IN THE U.S. MAIL BOX ~~HERE~~ HERE AT GERIATRICS UNIT, THIS 28th DAY OF MARCH 2026 ADDRESSED TO THE PARTIES LISTED BELOW.

1.) U.S. DISTRICT COURT - DIST. OF N.M.
333 LOMAS BLVD. N.W. SUITE 270
ALBQ. N.M. 87102

2.) MARY T. TORRES ATTY. AT LAW FOR DEFENDANTS,
201 3RD ST. N.W. SUITE 1950
ALBQ - N.M. 87102

FRANK Dombos #63001
C.N.M.C.F. P.O. Box 1328
Los Cunas, N.M. 87031

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 3 1 2026

MITCHELL R. ELFERS
CLERK

U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
333 LOMAS BLVD. N.W. - SUITE 270
ALBUQUERQUE, NEW MEXICO 87102

LEGAL-MAIL

87102-227470

ALBUQUERQUE NM 870

30 MAR 2026 PM 4

quadient
FIRST-CLASS MAIL
IMI
$000.74⁰
03/30/2026 ZIP 87031
043M31268593

US POSTAGE